# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-00105-FM |
| | § | |
| SUNPATH LTD.; NORTHCOAST | § | |
| WARRANTY SERVICES, INC.; and | § | |
| JOHN DOES 1-4, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court is "Defendants Sunpath, Ltd. And Northcoast Warranty Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint" ("Motion") [ECF No. 3], filed May 18, 2020 by Sunpath, Ltd. and Northcoast Warranty Services, Inc. ("Defendants"). Defendants seek a two-week extension of the deadline to respond to Brandon Callier's ("Plaintiff") complaint.[1] Plaintiff does not oppose the Motion.[2] After due consideration, the court finds that granting a two-week extension to respond is in the interest of justice and judicial efficiency.

---

[1] "Defendants Sunpath, Ltd. And Northcoast Warranty Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint" 1, ECF No. 3, filed May 18, 2020.

[2] *Id.*

1


Accordingly, it is **HEREBY ORDERED** that "Defendants Sunpath, Ltd. And Northcoast Warranty Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint" [ECF No. 3] is **GRANTED**.  Sunpath, Ltd. And Northcoast Warranty Services, Inc **SHALL** file an answer or other responsive pleading on or before **June 2, 2020**.

**SIGNED AND ENTERED** this __19th__ day of **May**, **2020**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**